(105 So. 706)

Ex parte Hamilton TURNER. (7 Div. 597.)

(Supreme Court of Alabama, Oct. 15, 1925.)

Certiorari to Court of Appeals.

Frank B. Embrey, of Pell City, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Hamilton Turner for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Turner v. State, 105 So. 705.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.